

# Fourth Court of Appeals
## San Antonio, Texas

November 7, 2018

No. 04-18-00623-CR

Matthew **SERNA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 16-05-0186-CRA
Honorable Russell Wilson, Judge Presiding

# O R D E R

The extension of time to file the reporter's record is hereby **NOTED.** Time is extended to December 3, 2018. **No Further Extensions.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court